# GOTLIB LAW

April 29, 2020

*Via* ECF

The Honorable Laura Taylor Swain  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

## MEMO ENDORSED

      Re:    *United States v. Dragos Diaconu,* 19 Cr. 651 (LTS)

Dear Judge Swain:

I represent Dragos Diaconu in the above-referenced matter.  Mr. Diaconu is scheduled to be sentenced by the Court on May 19, 2020.   I write, with the consent of the government, to request a one-month adjournment of his sentencing.  This is the first request for an adjournment of Mr. Diaconu's sentencing.  The requested adjournment would allow the undersigned additional time to prepare Mr. Diaconu's sentencing submission.  Accordingly, I respectfully request that Your Honor adjourn Mr. Diaconu's sentencing for one month.  Thank you for your consideration.

Respectfully submitted,

    /s/

Valerie A. Gotlib

cc:    all counsel of record (*via* ECF)

The sentencing is adjourned to June 18, 2020, at 2:30 p.m. and the related deadlines are modified accordingly.  DE#250 resolved.

SO ORDERED.  
4/29/2020  
/s/ Laura Taylor Swain, USDJ