# Exhibit A

IN THE CRIMINAL COURT FOR DAVIDSON COUNTY, TENNESSEE

Case Number: **2018-D-2575**  Count # **2**  Counsel for the State: **D. Paul DeWitt**
Judicial District: **20th**   Judicial Division: **III**   Counsel for the Defendant: **Erin Coleman**
State of Tennessee
☐ Retained  ☐ Pub Def Appt  ☒ Private Atty Appt
vs.
☐ Counsel Waived  ☐ Pro Se
Defendant: **Dragos George Diaconu**  Alias: _____  Date of Birth: **7/13/78**  Sex: **M**
Race: **W**  SSN: _____  Driver License #: _____  Issuing State: _____
State ID #: _____  County Offender ID # (if applicable): _____  TOMIS/TDOC #: _____
Relationship to Victim: _____  Victim's Age: _____
State Control #: _____  Arrest Date: _____  Indictment Filing Date: _____

JUDGMENT  ☒ Original  ☐ Amended  ☐ Corrected

Come the parties for entry of judgment.
On the **14th** day of **February**, 20**19**, the defendant:

☒ Pled Guilty  ☐ Dismissed/Nolle Prosequi
☐ Pled Nolo Contendere
☐ Pled Guilty – Certified Question Findings Incorporated by Reference

Indictment: Class (circle one) 1ˢᵗ A B C (D) E  ☒ Felony ☐ Misdemeanor
Indicted Offense Name AND TCA §: **Criminal Simulation ($2500-$10,000)**
Amended Offense Name AND TCA §: _____
Offense Date: **6/22/18**  County of Offense: **Davidson**
Conviction Offense Name AND TCA §: **Vandalism ($2500-$10,000)**
Conviction: Class (circle one) 1ˢᵗ A B C (D) E  ☒ Felony ☐ Misdemeanor
Is this conviction offense methamphetamine related? ☐ Yes ☒ No
Sentence Imposed Date: **2/14/19**

Is found: ☐ Guilty ☐ Not Guilty
☐ Jury Verdict  ☐ Not Guilty by Reason of Insanity
☐ Bench Trial

After considering the evidence, the entire record, and in the case of sentencing, all factors in Tennessee Code Annotated Title 40, Chapter 35, all of which are incorporated by reference herein, it is ORDERED and ADJUDGED that the conviction described above is imposed hereby and that a sentence and costs are imposed as follows:

| Offender Status (Check One) | Release Eligibility (Check One) | | | Concurrent with: | Pretrial Jail Credit Period(s): |
|---|---|---|---|---|---|
| ☐ Mitigated | ☐ Mitigated 20% | ☐ Agg Rob w/Prior 100% | ☐ 1st Degree Murder | | From **6-23-18** to **2-14-19** |
| ☒ Standard | ☐ Mitigated 30% | ☐ Multiple Rapist 100% | ☐ Drug Free Zone | | |
| ☐ Multiple | ☒ Standard 30% | ☐ Child Rapist 100% | ☐ Gang Related | | From ____ to ____ |
| ☐ Persistent | ☐ Multiple 35% | ☐ Child Predator 100% | ☐ Repeat Violent Off | Consecutive to: | |
| ☐ Career | ☐ Persistent 45% | ☐ Agg Rapist 100% | | | From ____ to ____ |
| | ☐ Career 60% | ☐ Mult 39-17-1324(j) 100% | ☐ Agg Child Neg/En 70% | | |
| | ☐ Agg Rob 85% | ☐ 39-17-1324(a), (b) 100% | ☐ Agg Child Neg/En 85% | | From ____ to ____ |
| | ☐ 40-35-501(i) 100% | ☐ Agg Assault w/Death 75% | ☐ Meth 100% | | |
| | ☐ 39-13-518 100% | ☐ Att 1st Degree Murder w/SBI 85% | | | |

Sentenced To: ☐ TDOC  ☐ County Jail  ☒ CCA
Sentence Length: **3** Years ____ Months ____ Days ____ Hours  ☐ Life ☐ Life w/out Parole ☐ Death
Mandatory Minimum Sentence Length: _____ 39-17-417, 39-13-513, 39-13-514, or 39-17-432 in Prohibited Zone or _____ 55-10-401 DUI 4ᵗʰ Offense or _____ 39-17-1324 Possession/Employment of Firearm or _____ 40-39-208, -211 Violation of Sex Offender Registry or _____ Meth (39-17-434, -417, -418)
Period of incarceration to be served prior to release on probation or Community Corrections: ____ Months ____ Days ____ Hours
Minimum service prior to eligibility for work release, furlough, trusty status and rehabilitative programs: ____ % (Misdemeanor Only)
Alternative Sentence: ☐ Sup Prob ☐ Unsup Prob ☐ Comm Corr (CHECK ONE BOX)  ___ Years ___ Months ___ Days Effective: _____
WAS DRUG COURT ORDERED AS A CONDITION OF THE ALTERNATIVE SENTENCE? ☐ Yes ☐ No

Court Ordered Fees and Fines:  Costs to be Paid by ☐ Defendant ☐ State
$_____ Court Costs
$_____ Fine Assessed
$_____ Traumatic Brain Injury Fund (68-55-301 et seq.)
$_____ Drug Testing Fund (TN Drug Control Act)
$_____ CICF   $_____ Sex Offender Tax
$_____ Other: _____

Restitution: Victim Name _____
Address _____
Total Amount $_____ Per Month $_____
☐ Unpaid Community Service: ____ Hours ____ Days ____ Weeks ____ Months

☐ The Defendant having been found guilty is rendered infamous and ordered to provide a biological specimen for the purpose of DNA analysis.
☐ Pursuant to 39-13-521, the defendant is ordered to provide a biological specimen for the purpose of HIV testing.
☐ Pursuant to 39-13-524 or 39-13-518, the defendant is sentenced to community supervision for life following sentence expiration.
☐ Pursuant to Title 68, Chapter 11, Part 10, 71-6-117, or 71-6-119, the clerk shall forward this judgment to the Department of Health.

Special Conditions
**3 yr. sentence is to serve, with jail credit from 6/22/18, at 30%**
**Defendant is not a U.S. citizen, has detainer from ICE in effect**

Cheryl Blackburn  Judge's Signature _____  Date of Entry of Judgment: **2/14/19**
Judge's Name  **D. Paul DeWitt**
Counsel for State/Signature (optional)  Defendant/Defendant's Counsel/Signature (optional)

I _____, clerk, hereby certify that, before entry by the court, a copy of this judgment was made available to the party or parties who did not provide a signature above.
CR-3419 (1/1/15)                                                                 RDA 1167